■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER CHOLMONDELEY, Appellant.— Order of the Supreme Court, Queens County, dated June 29, 1967, affirmed. (*People* v. *Ryan*, 28 A D 2d 916; *People* v.

*Cholmondeley,* 32 A D 2d 1030.) Christ, Acting P. J., Rabin, Benjamin, Martuscello and Kleinfeld, JJ., concur.